### 70089. LAMB v. THE STATE.
(327 SE2d 233)

BEASLEY, Judge.

The State has filed a motion to dismiss an attempted direct appeal from an order of the Superior Court of DeKalb County, entered November 1, 1984, revoking the appellant's probation. *Held*:

Appellant has filed a "Bill of Exceptions," in substance a notice of appeal under OCGA § 5-6-37.

Inasmuch as the instant appeal falls within a category of cases for which there must be an application for discretionary review under OCGA § 5-6-35 (as amended effective July 1, 1984), and for which

direct appeal is therefore improper, it must be dismissed. *Walker v. City of Macon*, 166 Ga. App. 228 (303 SE2d 776) (1983); *In the interest of J. E. P.*, 168 Ga. App. 30 (308 SE2d 712) (1983), affirmed, 252 Ga. 520 (315 SE2d 416) (1984); *Holbrook v. State*, 173 Ga. App. 251 (326 SE2d 240) (1985).

*Appeal dismissed. Deen, P. J., and Pope, J., concur.*

Decided February 7, 1985.

*James R. Venable*, for appellant.

*Robert E. Wilson, District Attorney, Robert M. Coker, Susan Brooks, Assistant District Attorneys*, for appellee.